H. J. WILSON, *Appellee,* v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EDWARDS, *Appellant.*

No. 17,436.

OPINION ON REHEARING.

Appeal from Edwards district court. Opinion on rehearing, filed February 10, 1912. Reversal sustained. (For original opinions, see 85 Kan. 422, 625, 116 Pac. 614, 118 Pac. 77.)

*W. E. Broadie,* for the appellant.

*F. L. Slaughter, M. A. Merten,* and *F. Dumont Smith,* for the appellee.

*Per Curiam:* No change of opinion having taken place in consequence of the argument upon rehearing, the judgment of reversal is adhered to.

WEST, J., dissents.